**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lashonda R. GREEN, Defendant–
Appellant.**

No. 03–10508.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Aug. 12, 2004.

Decided Aug. 20, 2004.

Wes R. Porter, Esq., Jimmy Chen, Matthew J. Rinka, Esq., United States Attor-

---

**448**

neys Office, Honolulu, HI, for Plaintiff–Appellee.

William Mallory Kent, Esq., Jacksonville, FL, for Defendant–Appellant.

Before: PREGERSON and KOZINSKI, Circuit Judges, and RHOADES,* District Judge.

### MEMORANDUM **

The government did not breach its plea agreement with defendant. *See United States v. Benchimol,* 471 U.S. 453, 455, 105 S.Ct. 2103, 85 L.Ed.2d 462 (1985) (per curiam). Defendant waived the right to appeal her sentence, and we therefore dismiss her appeal. Because defendant's waiver also precludes us from considering her argument based on *Blakely v. Washington,* —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), we deny her motion for supplemental briefing.

**APPEAL DISMISSED; MOTION FOR SUPPLEMENTAL BRIEFING DENIED.**

---

* The Honorable John S. Rhoades, Sr., Senior Judge, United States District Court for the Southern District of California, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.